

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § | No. 08-23-00170-CV |
| | § | Appeal from |
| Appellant, | | |
| | § | 448th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| JAIMESON MONROE LOCKAMY, | | |
| | § | (TC# 2021DCV1270) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's judgment and render judgment dismissing Lockamy's suit for lack of jurisdiction. We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.